BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Danilo Antonio Espinal
and Total Transportation of Mississippi, LLC

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS XAVIER GAINES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DANILO ANTONIO ESPINAL, individually; TOTAL TRANSPORTATION OF MISSISSIPPI, LLC; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO. _____<br><br>**Defendants' Petition for Removal** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendants, DANILO ANTONIO ESPINAL and TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, respectfully petition the Court for an Order removing the above-entitled action to the United States District Court and allege as follows:

1. Danilo Antonio Espinal and Total Transportation of Mississippi, LLC are the Defendants in the above-entitled action.

2. The above-entitled action was commenced against Danilo Antonio Espinal on March 15, 2021. On March 24, 2021, Plaintiff filed an Amended Complaint against Total Transportation of

1

1  Mississippi, LLC and Mr. Espinal in the District Court, Clark County, Nevada, and is now pending
2  in said Court as Case No. A-21-831109-C
3      3.   A copy of the Amended Summons and Amended Complaint in Case No. A-21-
4  831109-C was served on Total Transportation of Mississippi, LLC on March 31, 2021. (Exhibit A)
5      4.   Upon information and belief, a copy of the Summons and Amended Complaint in
6  Case No.: A-21-831109-C was served on Mr. Espinal on March 29, 2021.
7      5.   The above-entitled action is the result of a vehicle accident occurring in Las Vegas,
8  Nevada on or about July 14, 2020.
9      6.   The amount in controversy exceeds $75,000. In support of the claim that the amount
10  in controversy exceeds $75,000, Defendants Danilo Antonio Espinal and Total Transportation of
11  Mississippi, LLC state as follows:
12          A.  Mr. Gaines is claiming accident-related injuries, with medical bills of
13              approximately $25,000.00.
14          B.  On November 12, 2020, Mr. Gaines' attorneys submitted a policy limits demand.
15              The underlying policy limit is $1,000,000.00.
16      7.   There is diversity of citizenship between Plaintiff and Defendants and this Court has
17  jurisdiction over the above-entitled action pursuant to 28 USC § 1332 and 28 USC § 1441:
18          A.  Plaintiff Marcus Xavier Gaines is a resident and citizen of Nevada;
19          B.  Defendant Danilo Antonio Espinal is a resident and citizen of Tennessee; and
20          C.  Defendant Total Transportation of Mississippi, LLC is a Mississippi limited
21              liability company with its principal place of business in Mississippi.
22  . . . .
23  . . . .
24  . . . .
25  . . . .
26  . . . .
27  . . . .
28  . . . .

WHEREFORE, Defendants Danilo Antonio Espinal and Total Transportation of Mississippi, LLC request that the above-entitled action be removed from the District Court, Clark County, Nevada to this Court.

DATED this 30th day of April, 2021.

STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
P:  (702) 474-7229
F:  (702) 474-7237
*email:  admin@sdlawoffice.net*
Attorneys for Danilo Antonio Espinal and
Total Transportation of Mississippi, LLC

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this 30th day of April, 2021, I caused to be served a copy of the foregoing: **Defendants' Petition for Removal** on the party(s) set forth below by:

\_\_\_X\_\_\_\_   Electronic service pursuant to NECFR 9

_____   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices;

_____   Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

_____   Case Management/Electronic Case Filing (CM/ECF)

_____   Hand Delivery – Receipt of Copy

addressed as follows:

Justin G. Randall, Esq.
ER Injury Attorneys
4795 South Durango Drive
Las Vegas, NV 89147
T:  702-968-7500
F:  702-968-7525
justin@erinjuryattorneys.com
*Attorneys for Plaintiff*

_____
Employee of STEPHENSON & DICKINSON