1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  **STEPHENSON & DICKINSON, P.C.**
3  2820 West Charleston Boulevard, Suite B-17
   Las Vegas, Nevada 89102
4  Telephone: (702) 474-7229
   Facsimile:  (702) 474-7237
5  email:  admin@sdlawoffice.net

6
   Attorneys for Danilo Antonio Espinal
7  and Total Transportation of Mississippi, LLC

8                    IN THE UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10 

11 MARCUS XAVIER GAINES, individually,        CASE NO. 2:21-cv-000708

12                Plaintiff,

13 vs.                                         **Stipulation and Order to Remand Case to State Court**

14 DANILO ANTONIO ESPINAL, individually;
   TOTAL TRANSPORTATION OF
15 MISSISSIPPI, LLC; DOES I – X; and ROE
   CORPORATIONS I – X, inclusive,
16
17                Defendants.

18

19     Defendants and Plaintiff, by and through their counsel of record, stipulate and agree to

20 remand this case back to state court.  The reason the case is being remanded is that Plaintiff has

21 agreed not to seek damages exceeding $74,999.99, exclusive of interest, attorneys' fees and costs.

22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28 . . . .

                                              1

Accordingly, the jurisdictional threshold for damages under diversity jurisdiction is not reached.

DATED this 10th day of May, 2021.          DATED this 10th day of May, 2021.

/s/ Bruce Scott Dickinson                                 /s/ Justin G. Randall
BRUCE SCOTT DICKINSON                          JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 002297                                  Nevada Bar No. 012476
STEPHENSON & DICKINSON                         ER INJURY ATTORNEYS
2820 W. Charleston Blvd., Suite 17                4795 South Durango Drive
Las Vegas, Nevada 89102                              Las Vegas, NV 89147
P: 702-474-7229                                              T: 702-968-7500
F: 702-474-7237                                              F: 702-968-7525
admin@sdlawoffice.net                                  justin@erinjuryattorneys.com
*Attorney for Defendants*                             *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED May 13, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Bruce Scott Dickinson
BRUCE SCOTT DICKINSON
Nevada Bar No. 002297
STEPHENSON & DICKINSON
2820 W. Charleston Blvd., Suite 19
Las Vegas, Nevada 89102
P: 702-474-7229
F: 702-474-7237
*Attorney for Defendants*

**Donna Barr**

| | |
|---|---|
| From: | Justin Randall <justin@erinjuryattorneys.com> |
| Sent: | Monday, May 10, 2021 8:53 AM |
| To: | Donna Barr |
| Cc: | Bruce Dickinson; Stephenson and Dickinson General |
| Subject: | Re: Gaines v. TTMS /Espinal (Claims No. 20-07-TT-001822) |

This is fine. You may use my e-signature.



**Justin G. Randall**
Partner

4795 S. Durango Drive
Las Vegas, Nevada 89147

📞 (702)968-7500
📠 (702)989-0369
✉ justin@erinjuryattorneys.com
🌐 www.erinjuryattorneys.com

On Fri, May 7, 2021 at 5:45 PM Donna Barr <dlb@sdlawoffice.net> wrote:

Justin,

Attached for your review is the proposed Stipulation and Order to Remand Case to State Court with regard to the above-referenced matter.  If you do not require any changes, please let me know if I have permission to enter your electronic signature.

A response by Tuesday, May 11, 2021, would be appreciated.

Thank you,

DONNA BARR

STEPHENSON & DICKINSON

1

2820 WEST CHARLESTON BOULEVARD, SUITE 17

LAS VEGAS, NEVADA  89102

(702) 474-7229 X 224

(702) 474-7237 – FACSIMILE

(808) 369-6639 – CELL

www.stephensonanddickinson.com

NOTICE:  This e-mail message and any attachment to this e-mail message is attorney PRIVILEGED and CONFIDENTIAL.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, and use or disseminate this e-mail or any attachments to it.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Stephenson & Dickinson.

---

**Total Control Panel**  Login

To: dlb@sdlawoffice.net          Remove this sender from my allow list
From: justin@erinjuryattorneys.com

*You received this message because the sender is on your allow list.*

2